IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 5:10-CV-006-RLV-DSC

PHIL LOOPER, )
 )
       Plaintiffs, )
 )
v. )
 )
ASTRAZENECA )
PHARMACEUTICALS LP, et. al., )
 )
       Defendants. )
_____)

**ORDER**

Having considered Plaintiff's "Motion to Stay Proceeding Pending Transfer to MDL" (document #5), it is hereby **ORDERED** that all requirements, deadlines, and other proceedings in this action before this Court are hereby stayed and/or extended indefinitely pending transfer of the action by the Judicial Panel on Multidistrict Litigation to the United States District Court for the Middle District of Florida. Upon transfer to the Middle District of Florida, the parties will comply with any requirements and deadlines imposed by that Court with respect to this action.

**SO ORDERED**.                Signed: April 21, 2010

_____
David S. Cayer
United States Magistrate Judge